DAVID M. SALENTINE, CA SBN 93213
Law Offices of David M. Salentine
465 California Street, Suite 400
San Francisco, CA 94104
Telephone: 415-982-1325
Facsimile: 415-982-1923
Attorney for Plaintiff

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| SHOW IMAGE INTERNATIONAL, INC., | Case No.: C06-04754 MJJ |
| Plaintiff, | **Plaintiff's Request to Reschedule Date of Initial Case Management Conference** |
| vs. | **And** |
| SWAT INTERNATIONAL, | **[Proposed] Order Thereon** |
| Defendant | |

Request to Reschedule CMC Date

The initial case management conference in this litigation is scheduled for November 14, 2006, at 2:00 p.m.  Plaintiff requests that the date be rescheduled to a date 30 to 60 days later.

This ocean cargo damage litigation was filed on August 7, 2006.  Initial service was attempted under a Notice of Lawsuit/Request for Waiver of Service under Rule 4(d), F.R.Civ.P., on August 11,2006; but defendant did not return an executed Waiver of Service.  Actual service was effected on September 30, 2006, under Rule 4(d)(1) and (h)(1) and Cal. C.C.P. sections 415.20 and 415.95; see document 7 in the Court's docket.  Since this service was a substituted service under Cal. C.C.P. section 415.20, this service was effective on the 10th day after mailing of the summons and complaint to defendant on October 2, 2006.  The effective date of service, therefore, is October 16, 2006; and defendant's answer is not due until November 6, 2006, which is too close to the CMC date.

Accordingly, plaintiff requests that the CMC date be rescheduled.

Dated this 15th day of October, 2006.

_ _____/s/_____
_____

DAVID M. SALENTINE

<u>Order</u>

Good cause appearing, the date of the Initial Case Management Conference is rescheduled to _____January 9, 2007_____ at 2:00 p.m. before the Honorable Martin J. Jenkins.  The parties are instructed to file a Joint Case Management Statement, pursuant, to Civil L.R. 16-9, 10 days prior to the Case Management Conference.  Counsel for plaintiff is ordered to serve a copy of this order on the defendant by mail to the address at which service of the summons and complaint on the defendant was effected.

Dated this 16th day of October, 2006.

_____

MARTIN J. JENKINS

U.S. DISTRICT JUDGE