DAVID M. SALENTINE, CA SBN 93213
Law Offices of David M. Salentine
465 California Street, Suite 400
San Francisco, CA 94104
Telephone: 415-982-1325
Facsimile: 415-982-1923
Attorney for Plaintiff

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| SHOW IMAGE INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWAT INTERNATIONAL, <br><br> Defendant | Case No.: C06-04754 MJJ <br><br> **NOTICE OF DISMISSAL** <br><br> AND ORDER |

    Pursuant to Rule 41(a)(1)(i), F.R.Civ.P., plaintiff gives notice that it hereby dismisses this action without prejudice.

Dated this 19th day of January, 2007.

                                                                         _____/s/_____
                                                         DAVID M. SALENTINE

                                                         Attorney for Plaintiff



GRANTED
Judge Martin J. Jenkins
1/23/2007

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28